IN THE SUPREME COURT OF THE STATE OF DELAWARE

JOSEPH E. JONES, §
§ No. 169, 2022
  Defendant Below, §
  Appellant, § Court Below—Superior Court
§ of the State of Delaware
  v. §
§ Cr. ID No. 1712008278 (N)
STATE OF DELAWARE, §
§
  Appellee. §

Submitted: June 9, 2022
Decided: August 8, 2022

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the opening brief, the motion to affirm, and the record on appeal, the Court concludes that the judgment of the Superior Court should be affirmed on the basis of the Superior Court's April 28, 2022 order denying the appellant's motion for correction of sentence.

NOW, THEREFORE, IT IS ORDERED that the Motion to Affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice